# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

### CASE NO. 22-14301-CIV-DMM

SARABETH DEMARTINO,

      Plaintiff,

v.

EMPIRE HOLDINGS & INVESTMENTS, LLC
and JUAN CARLOS MARRERO,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Sarabeth DeMartino, and Defendants, Empire Holdings & Investments, LLC and Juan Carlos Marrero (collectively, the "Parties"), by and through the undersigned counsel, hereby give notice that the Parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case by May 3, 2024.

Dated: April 22, 2024                      Respectfully submitted,

| MORGAN & MORGAN P.A. | JACKSON LEWIS P.C. |
|---|---|
| Bryan Arbeit, Esq.<br>Florida Bar No. 1010329<br>Email: barbeit@*forthepeople.com*<br>Allison Rattet, Esq.<br>Florida Bar No. 1023573<br>Email: *arattet@forthepeople.com*<br>MORGAN & MORGAN<br>8151 Peters Road, 4th Floor,<br>Plantation, Florida 33324<br>Telephone (954) 694-9610<br><br>*Counsel for Plaintiff* | Pedro Torres-Díaz, Esq.<br>Florida Bar No. 19327<br>E-mail: *pedro.torres-diaz@jacksonlewis.com*<br>Ranjiv Sondhi, Esq.<br>Florida Bar No. 105581<br>E-mail: *ranjiv.sondhi@jacksonlewis.com*<br>JACKSON LEWIS, P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone (305) 577-7600<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of April 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                       *s/ Ranjiv Sondhi*
                                                       Ranjiv Sondhi, Esq.

## SERVICE LIST

Bryan Arbeit, Esq.
Florida Bar No. 1010329
Email: barbeit@*forthepeople.com*
Allison Rattet, Esq.
Florida Bar No. 1023573
Email: arattet@forthepeople.com
MORGAN & MORGAN
8151 Peters Road, 4th Floor,
Plantation, Florida 33324
Telephone (954) 694-9610

*Counsel for Plaintiff*

Pedro Torres-Díaz, Esq.
Florida Bar No. 19327
E-mail: *pedro.torres-diaz@jacksonlewis.com*
Ranjiv Sondhi, Esq.
Florida Bar No. 105581
E-mail: *ranjiv.sondhi@jacksonlewis.com*
JACKSON LEWIS, P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone (305) 577-7600

*Counsel for Defendants*